```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

Dr. ELIZAVETA SHABALINA,     )
                             )
    Plaintiff,               )
                             )
vs.                          )     No. 08 cv 2682
                             )
MICHAEL CHERTOFF, Director of)     Judge Leinenweber
the DEPARTMENT OF            )     Magistrate Judge Ashman
HOMELAND SECURITY            )

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, having obtained favorable adjudication of the immigration petition that is the subject of this lawsuit, hereby dismisses this action without prejudice pursuant to F.R.Civ. 41(a)(1)(a).

*/s/ David Rubman*

_____
Attorney for Plaintiff

David Rubman
Kristen A. Harris
Rubman and Compernolle
53 W. Jackson Blvd.
Suite 750
Chicago, IL 60604
(312) 341-1907

**CERTIFICATE OF SERVICE**

I, David Rubman, an attorney, certify that on April 11, 2007, I caused a copy of the foregoing document to be served upon: U.S. Attorney, 219 S. Dearborn Street, Chicago, IL 60604 by service through the court's electronic filing system.

*/s/ David Rubman*
_____
David Rubman